Magistrate Judge J. Richard Creatura

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

ROSALEA FROEHLICH,            )
                                         )
            Plaintiff,   )   Civil Action No.  C10-5478JRC
                                         )
   v.                          )   ORDER FOR EXTENSION OF
                                         )   TIME AND AMENDING BRIEFING
MICHAEL J. ASTRUE,            )   SCHEDULE
Commissioner, Social          )
Security Administration,      )
                                         )
           Defendant.  )

Upon agreed motion of the parties for an extension of time for plaintiff to file their opening brief,

**IT IS ORDERED** that said motion be, and the same hereby is, granted and said plaintiff is allowed additional time, through **November 24, 2010**, in which to file plaintiff's opening brief.

ORDER AMENDING BRIEFING SCHEDULE   1

**IT IS FURTHER ORDERED** that defendant shall have until **December 22, 2010**, in which to file the Commissioner's brief, and plaintiff shall have until **January 5, 2011**, to file their optional reply brief.  Oral argument, if desired, shall be requested by **January 12, 2011**.

DATED this 29th day of October, 2010.

J. Richard Creatura
United States Magistrate Judge